**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DAWN MARIE HUNT-COLEMAN,

                Plaintiff,                    23 **CIVIL** 5049 (LJL)

      -v-                                  **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated July 8, 2024, that the Court AFFIRMS the final decision of the Commissioner. Plaintiff's motion for judgment on the pleadings is DENIED. The case is therefore DISMISSED.

**Dated:** New York, New York

      July 8, 2024

                                                     **DANIEL ORTIZ**
                                               **Acting Clerk of Court**

                            **BY:**
                                               _____
                                                    **Deputy Clerk**